**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CAROL SHAKOFSKY-RUSSELL,** | Case No.: 13-CV-2469 YGR |
| **Plaintiff,** | **ORDER DISMISSING CASE** |
| v. | |
| **SOCIAL SECURITY ADMINISTRATION,** | |
| **Defendant.** | |

On August 16, 2013, the Court warned Plaintiff that she had failed to oppose a motion to dismiss her case and that failure to file an opposition brief by August 30, 2013, would result in dismissal of her case. Dkt. No. 15. That date has passed and Plaintiff has not filed an opposition brief or other paper.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing date of September 17, 2013, is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**